**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     *Bruce I. Schimmel v. Gary McGregor, Teri McGregor, Kris Hall,*
*Soledad Pineda, Larry Bishop, Cynthia Bishop, George Clark,*
*Deborah Clark, and Carol Severance*

Appellate case number:   01-13-00721-CV

Trial court case number:  2013-05146

Trial court:             113th District Court of Harris County

Date motion filed:        September 30, 2014

Party filing motion:      Appellees

It is ordered that the motion for en banc reconsideration is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Evelyn V. Keyes
☐ Acting Individually ☒ Acting for the Court

En Banc Court consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, and Huddle. Justice Sharp, not participating.

Date: November 20, 2014